AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**BRIAN WARD**

_____
*Defendant*

**Case No. 26-MJ-1035**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 15, 2026, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒  Continued on the attached sheet.

_____
*Complainant's signature*

LANCE R. VAN DUSEN
BORDER PATROL AGENT
UNITED STATES BORDER PATROL
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date:  March 19, 2026

_____
*Judge's signature*

City and State:  Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
_____
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

STATE OF NEW YORK    )
COUNTY OF ERIE        )        SS:
CITY OF BUFFALO       )

I, Lance R. Van Dusen, being duly sworn, depose and state that:

1.      I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for sixteen (16) years.  In this capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry into the United States, in violation of Title 8, United States Code, Section 1326(a), Re-entry of Removed Aliens.

2.      As a Border Patrol Agent, I am authorized to investigate violations of United States laws, and I am a law enforcement officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3.      I make this affidavit in support of the criminal complaint charging Brian WARD (hereinafter "WARD"), an alien born in 2003 in the United Kingdom, citizen of Ireland, with having been found in the United States after previously being removed or

deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

4.      The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every known fact concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a).

## **PROBABLE CAUSE**

5.      On or about March 15, 2026, Buffalo Border Patrol Station Agents arrested four illegal aliens in Grand Island, New York, within the Western District of New York.

6.      On or about March 15, 2026, Buffalo Border Patrol Station Agents received information from Buffalo Sector Communications regarding an alien smuggling event in progress. Buffalo Sector Communications relayed via radio transmission that they had witnessed on the infrared camera multiple subjects inflating a raft on the Canadian shoreline at Boyers Creek. The group consisted of what appeared to be two adult males and one adult female carrying a child. The four subjects loaded into the raft and began crossing the upper

Niagara River, heading towards the United States shoreline.

7.      Border Patrol Agents responded to the area to intercept the raft and the aliens if it made landfall. Buffalo Sector Communications confirmed via infrared camera, the raft had made landfall in the United States and was beached on the Niagara River shoreline near a residence on West River Road in Grand Island, New York.

8.      At approximately 2:00 a.m., agents located the raft and four subjects. They identified themselves as United States Border Patrol Agents.  During initial questioning, one of the subjects, an adult male, was identified as WARD (later determined to be Brian WARD, country of citizenship: Ireland, country of birth: United Kingdom, date of birth: 10/01/2003). WARD was placed under arrest for illegal entry into the United States and transported to the Buffalo Border Patrol Station for further investigation and questioning.

9.      Electronically captured fingerprints from WARD revealed the following criminal and immigration database record checks:

   a.   WARD is a native of United Kingdom and a citizen of Ireland.

   b.   On or about September 15, 2022, WARD was admitted to the United States under the Visa Waiver Program with authorization to remain in the United States until December 13, 2022.

   c.   On or about October 16, 2023, WARD was arrested in Naperville, Illinois for Assault and Resisting a Peace Officer.

   d.   On or about March 14, 2024, WARD was convicted of Disorderly Conduct, a misdemeanor, and sentenced to 1 year of supervision, 7 days Special Probation, and a fine of $658.

   e.   On or about March 19, 2025, WARD was arrested by Immigration and

3

Customs Enforcement (ICE) in Newport, Rhode Island.

f.  On or about May 6, 2025, WARD was issued a Final Order of Removal from an agency official in Burlington, Massachusetts.

g.  On or about June 2, 2025, WARD was physically removed from the United States via ICE Air Operations in Boston, Massachusetts.

10.  There is no record that WARD has applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

11.  Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about March 15, 2026, within the Western District of New York, Brian WARD, an alien who was previously removed from the United States on or about June 2, 2025, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_____
LANCE R. VAN DUSEN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 19th day of March 2026.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

4